UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY ZANDMAN,

          Plaintiff,

-against-

CITIBANK, N.A., AND CITI(R) CARDS and
THE NEW YORK YANKEES PARTNERSHIP,
DBA THE NEW YORK YANKEES
BASEBALL CLUB,

          Defendants.

Case No. 7:18-cv00791 (NSR)

**RULE 7.1 STATEMENT OF
DEFENDANT NEW YORK
YANKEES PARTNERSHIP**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant New York Yankees Partnership, sued herein as "The New York Yankees Partnership dba The New York Yankees Baseball Club," by its undersigned attorneys, discloses that (i) it is not a publicly held corporation whose stock is traded on a public exchange, (ii) it has a non-public parent entity named YGE Holdings, LLC (a Delaware LLC), and (iii) no publicly held corporation owns 10% or more of its stock.

Date: February 5, 2018

          LAW OFFICES OF DONALD WATNICK
          By: _____
              Donald E. Watnick
          200 West 41st Street, 17th Floor
          New York, New York 10036
          (212) 213-6886
          dwatnick@watnicklaw.com
          *Attorneys for Defendant New York Yankees Partnership*

To: GARVEY CUSHNER & ASSOCIATES, PLLC
Lawrence A. Garvey, Esq.
50 Main Street, Suite 390
White Plains, New York 10606
(914)-946-2200
*Attorneys for Plaintiff*

ZEICHNER ELLMAN & KRAUSE LLP
Barry J. Glicksman, Esq.
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
*Attorneys for Defendant Citibank, N.A.*