UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY ZANDMAN,

                    Plaintiff,

                -against-

CITIBANK, N.A., AND CITI(R) CARDS and
THE NEW YORK YANKEES PARTNERSHIP,
DBA THE NEW YORK YANKEES
BASEBALL CLUB,

                  Defendants.

Case No. 7:18-cv00791 (NSR)

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of February, a true and correct copy of the (1) Answer, Affirmative Defenses and Counterclaims of Defendant New York Yankees Partnership, sued herein as "The New York Yankees Partnership dba The New York Yankees Baseball Club" and (2) Rule 7.1 Statement of Defendant New York Yankees Partnership were served upon all counsel of record by ECF and by depositing the aforesaid document in an official depository under the exclusive care and custody of the United States Postal Service, enclosed in postage prepaid addressed envelopes as follows:

GARVEY CUSHNER & ASSOCIATES, PLLC
Lawrence A. Garvey, Esq.
50 Main Street, Suite 390
White Plains, New York 10606
(914)-946-2200
*Attorneys for Plaintiff*

ZEICHNER ELLMAN & KRAUSE LLP
Barry J. Glicksman, Esq.
1211 Avenue of the Americas
New York, New York 10036

(212) 223-0400
*Attorneys for Defendant Citibank, N.A.*
Dated: New York, New York
       February 5, 2018

LAW OFFICES OF DONALD WATNICK

By: /s/ Donald E. Watnick
       Donald E. Watnick
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 213-6886
dwatnick@watnicklaw.com
*Attorneys for Defendant New York Yankees*
*Partnership*