Lawrence A. Garvey, Esq.
Garvey Cushner & Associates, PLLC
50 Main Street, Suite 390
White Plains, New York 1006
(914) 946-2200
lgarvey@thegcafirm.com
*Attorneys for Plaintiff Jerry Zandman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JERRY ZANDMAN

                                Case No.: 7:18-cv00791 (NSR)

           Plaintiff,

        -against-

CITIBANK, N.A., CITI® CARDS, and
THE NEW YORK YANKEES PARTNERSHIP
DBA THE NEW YORK YANKEES BASEBALL
CLUB,

           Defendants.
---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Lawrence A. Garvey, Esq. of Garvey Cushner & Associates, PLLC hereby appears in the above-entitled action as counsel, on behalf of the Plaintiff, Jerry Zandman.

**PLEASE TAKE FURTHER NOTICE** that demand is hereby made that copies of all pleadings and papers served or filed in the above-captioned action be served upon

Lawrence A. Garvey, Esq.
Garvey Cushner & Associates, PLLC
50 Main Street, Suite 390
White Plains, New York 10606

Dated:  White Plains, New York
         February 12, 2018                      By:   /s/ Lawrence A. Garvey
                                                                     Lawrence A. Garvey, Esq.
                                                                       Garvey Cushner & Associates, PLLC
                                                                        50 Main Street, Suite 390
                                                                        White Plains, New York 10606
                                                                        T: (914) 946-2200/F: (914) 946-1300
                                                                        lgarvey@thegcafirm.com