Donald E. Watnick, Esq.
**LAW OFFICES OF DONALD WATNICK**
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 213-6886
*Attorneys for Defendant New York Yankees Partnership*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY ZANDMAN,<br><br>Plaintiff,<br><br>-against-<br><br>CITIBANK, N.A., AND CITI(R) CARDS and THE NEW YORK YANKEES PARTNERSHIP, DBA THE NEW YORK YANKEES BASEBALL CLUB,<br><br>Defendants. | Case No. 7:18-cv00791 (NSR)<br><br>**JURY DEMAND OF DEFENDANT NEW YORK YANKEES PARTNERSHIP** |

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant New York Yankees Partnership hereby demands a trial by jury in the above-captioned action of all issues so triable, with respect to the Complaint, Counterclaims of Defendant New York Yankees Partnership and Cross-Claim of Citibank, N.A.

Dated: New York, New York
February 15, 2018

                                  LAW OFFICES OF DONALD WATNICK

                                  By: /s/Donald E. Watnick
                                       Donald E. Watnick
                                200 West 41st Street, 17th Floor
                                New York, New York 10036
                                (212) 213-6886/dwatnick@watnicklaw.com
                                *Attorneys for Defendant New York Yankees Partnership*