

MEMO ENDORSED

LAW OFFICES
# DONALD WATNICK

200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY 10036

TELEPHONE (212) 213-6886
TELEFAX (646) 588-1932
DWATNICK@WATNICKLAW.COM

<u>VIA FACSIMILE—914-390-4179</u>
Honorable Nelson S. Román
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

February 16, 2018

      Re:   <u>Zandman v. Citibank, N.A., et al., No. 7:18-00791</u>

Dear Judge Román:

      We represent Defendant New York Yankees Partnership (the "Yankees") in the above-referenced case, and write to <u>request an adjournment of the Yankees' time in which to answer, move or otherwise respond to the Cross-Claim of Defendant Citibank, N.A., to and including March 1, 2018.</u>

      This is the first request for an adjournment of time for the Yankees to respond to the Cross-Claim. At present, the Yankees' time to respond is February 22, 2018. Counsel for Citibank, N.A., Barry Glickman, has informed me that he consents to this request. I am making this request because I am out of the office from February 16 to 21, 2018, and require additional time as a result. No other scheduled dates will be impacted by this request for an adjournment.

      If the foregoing request is acceptable, I request that the Court so order this letter. Please contact the undersigned if there are any questions about the foregoing.

                               Respectfully submitted,
                               /s/Donald E. Watnick
                               Donald E. Watnick

cc:   Barry J. Glickman, Esq. (via email)
       Lawrence Garvey, Esq. (via email)

SO ORDERED: Application granted.

_____
U.S.D.J.

DATED: Feb. 16, 2018
             White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2018



# FACSIMILE

LAW OFFICES
## DONALD WATNICK
200 WEST 41ST STREET

17TH FLOOR

NEW YORK, NY 10036

TELEPHONE (212) 213-6886
FACSIMILE (646) 588-1932
DWATNICK@WATNICKLAW.COM

To:     Honorable Nelson S. Román          Facsimile No. 914-390-4179

From:   Donald E. Watnick, Esq.

Date:   February 16, 2018

Pages: 1

Please see attached.

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error, by telephoning this this Office at (212) 213-6886, so we may redeliver it to the intended recipient. Thank you.*