UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ZANDMAN,

                         Plaintiff(s),                    **ORDER**

      - against -                              18 Civ. 791 (NSR)

CITIBANK, N.A., et al.,

                        Defendant(s).

------------------------------------------------------------X

Román, D.J.:

        Due to Defendant New York Yankees Partnership counsel's unavailability, the Court waives counsel's appearance at and cancels the Initial Pre-trial Conference scheduled for May 23, 2018. The parties are directed to complete a Case Management Plan and Scheduling Order (blank form attached hereto). Said Scheduling Order shall be submitted to chambers by May 23, 2018. After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Paul E. Davison for general pretrial purposes. The parties are directed to contact Judge Davison within seven (7) business days of the date of the Order of Reference to schedule a conference.

                                                                SO ORDERED.

Dated:      White Plains, New York
               May 21, 2018

                                                             Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rev. Jan. 2012

-------------------------------------------------------x

                          Plaintiff(s),      **CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

- against -

                          Defendant(s).    _____ CV _____ (NSR)

-------------------------------------------------------x

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by _____.

4. Amended pleadings may be filed until _____.

5. Interrogatories shall be served no later than _____, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than _____.

7. Non-expert depositions shall be completed by _____.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9. Requests to Admit, if any, shall be served no later than _____.

10. Expert reports shall be served no later than _____.

11. Rebuttal expert reports shall be served no later than _____.

12. Expert depositions shall be completed by _____.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. _____.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: White Plains, New York
_____

_____
Nelson S. Román, U.S. District Judge

LAW OFFICES

# DONALD WATNICK

200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY 10036

TELEPHONE (212) 213-6886
TELEFAX (646) 588-1932

DWATNICK@WATNICKLAW.COM

**VIA FACSIMILE—914-390-4179**
Honorable Nelson S. Román
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

May 18, 2018

Re:   *Zandman v. Citibank, N.A., et al., No. 7:18-00791*

Dear Judge Román:

    We represent Defendant New York Yankees Partnership (the "Yankees") in the above-referenced case and write to request an adjournment -- on consent -- of the date of the initial court conference set for May 23, 2018, to June 6, 7 or 15, 2018.

    This is the first request for an adjournment of the date of the initial court conference. As noted, counsel for Citibank, N.A. and Jerry Zandman, have informed me that they consent to this request and can be available for the conference on June 6, 7 or 15, 2018. I am making this request because of a deposition in another case previously scheduled for May 23, 2018. No other scheduled dates will be impacted by this request for an adjournment.

    If the foregoing request is acceptable, I request that the Court so order this letter, and set a new date for the conference. Please contact the undersigned if there are any questions about the foregoing.

Respectfully submitted,

Donald E. Watnick

cc:   Barry J. Glickman, Esq. (via email)
       Zachary B. Grendi, Esq. (via email)
       Lawrence Garvey, Esq. (via email)

SO ORDERED:

_____
U.S.D.J.



# FACSIMILE

LAW OFFICES

## DONALD WATNICK
200 WEST 41ST STREET

17TH FLOOR

NEW YORK, NY 10036

TELEPHONE (212) 213-6886
FACSIMILE (646) 588-1932

DWATNICK@WATNICKLAW.COM

To:    Honorable Nelson S. Román          Facsimile No. 914-390-4179

From:  Donald E. Watnick, Esq.             copies to:  Counsel of Record via Email

Date:  May 18, 2018

Pages: 2

Please see attached.

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error, by telephoning this this Office at (212) 213-6886, so we may redeliver it to the intended recipient. Thank you.*