Zachary Grendi, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
35 Mason Street
Greenwich CT 06830
203-489-1233

*Attorneys for Defendant
   Citibank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY ZANDMAN,<br><br>                              Plaintiff,<br><br>- against -<br><br>CITIBANK, N.A. AND CITI ® CARDS AND THE NEW YORK YANKEES PARTNERSHIP DBA THE NEW YORK YANKEES BASEBALL CLUB,<br><br>                              Defendants. | Case No. 7:18-cv-00791 |

## NOTICE OF APPEARANCE

TAKE NOTICE that the undersigned appears for Defendant Citibank, N.A. s/h/a Citibank, N.A. and Citi ® Cards ("Citibank") in the above captioned case, and requests that all notices be given to, and served upon, the undersigned at the office and telephone number set forth below.

                              CITIBANK

                              By its attorneys,

BY: _____ / s/ _____
      Zachary Grendi (ZG-5495)
      Zeichner Ellman & Krause LLP
      35 Mason Street
      Greenwich, CT 06830
      (203) 622-0900
      zgrendi@zeklaw.com

Dated:   May 22, 2018

**CERTIFICATE OF SERVICE**

      I hereby certify that on this May 22, 2018, I have caused the within Notice of Appearance to be filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF).



                                                               Zachary Grendi, Esq.