Lawrence A. Garvey, Esq.
Garvey Cushner & Associates, PLLC
50 Main Street, Suite 390
White Plains, New York 1006
(914) 946-2200
lgarvey@thegcafirm.com
*Attorneys for Plaintiff Jerry Zandman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JERRY ZANDMAN

                        Plaintiff,

            -against-

CITIBANK, N.A., CITI® CARDS, and
THE NEW YORK YANKEES PARTNERSHIP
DBA THE NEW YORK YANKEES BASEBALL
CLUB,

                   Defendants.
---------------------------------------------------------------X

Case No.: 7:18-cv00791 (NSR)

Civil Case Discovery Plan and Scheduling Order

      This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] to be tried to a jury.

3. Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed by June 22, 2018.

4. Joinder of additional parties must be accomplished by July 31, 2018                .

5. Amended pleadings may be filed until July 31, 2018.

6. Interrogatories shall be served no later than July 31, 2018, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil

1

      Rule 33.3 [shall] apply to this case.

7. First request for production of documents, if any, shall be served no later than <u>July 31, 2018</u>.

8. Non-expert depositions shall be completed by <u>January 15, 2019</u>.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

9. Any further interrogatories, including expert interrogatories, shall be served no later than <u>February 15, 2019</u>.

10. Requests to Admit, if any, shall be served no later than <u>February 15, 2019.</u>

11. Expert reports shall be served no later than <u>March 15, 2019</u>.

12. Rebuttal expert reports shall be served no later than <u>April 15, 2019</u>.

13. Expert depositions shall be completed by <u>May 15, 2019</u>.

14. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

15. **ALL DISCOVERY SHALL BE COMPLETED BY <u>May 31, 2019</u>**.

16. Any motions shall be filed in accordance with the Court's Individual Practices.

17. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

18. The Magistrate Judge assigned to this case is the Hon. <u>Paul E. Davison</u>.

19. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

20. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: White Plains, New York
_____

_____
Nelson S. Román, U.S. District Judge