Brittany C. Patane, Esq.
Garvey Cushner & Associates, PLLC
50 Main Street, Suite 390
White Plains, New York 10606
(914) 946-2200
bpatane@thegcafirm.com
*Attorneys for Plaintiff Jerry Zandman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JERRY ZANDMAN

                                      Case No.: 7:18-cv00791 (NSR)

        Plaintiff,

     -against-

CITIBANK, N.A., CITI® CARDS, and
THE NEW YORK YANKEES PARTNERSHIP
DBA THE NEW YORK YANKEES BASEBALL
CLUB,

        Defendants.
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Brittany C. Patane of Garvey Cushner & Associates, PLLC hereby appears in the above-entitled action as counsel, on behalf of the Plaintiff, Jerry Zandman.

Dated:  White Plains, New York
        May 23, 2018                                  By:   /s/ Brittany C. Patane
                                                                    Brittany C. Patane, Esq.
                                                                    Garvey Cushner & Associates, PLLC
                                                                    50 Main Street, Suite 390
                                                                    White Plains, New York 10606
                                                                    T: (914) 946-2200/F: (914) 946-1300
                                                                    bpatane@thegcafirm.com