UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ZANDMAN,

                     Plaintiff(s),

- against -

CITIBANK, N.A., et al.,

                     Defendant(s).
------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

18 cv 791 (NSR)(PED)

The above-entitled action is referred to the Honorable Paul E. Davison, United States Magistrate Judge, for the following purpose(s):

| | |
|---|---|
| **X** GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ___ HABEAS CORPUS |
| ___ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ___ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ___ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ___ SOCIAL SECURITY |
| | ___ SETTLEMENT |
| ___ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ___ CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| | ___ CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF |
| ___ JURY SELECTION | |

Dated: White Plains, New York
         May 24, 2018

SO ORDERED:

_[signature]_

NELSON S. ROMÁN, U.S.D.J.

[ELECTRONICALLY FILED stamp, DATE FILED: 5/24/2018]

* Do not check if already referred for General Pre-Trial.

Rev. 9/10