## UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

May 29, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Jerry Zandman**<br><br>                                          Plaintiff,<br><br>- *against* -<br><br><br>**Citibank, N.A., et al**<br><br>                                          Defendant. | **SCHEDULING ORDER**<br>7:18-cv-00791-NSR-PED |

TO ALL PARTIES:

The Court has scheduled an <u>In Person</u> before the Honorable Paul E. Davison, United States Magistrate Judge, on **June 29, 2018 at 11:00 AM** in Courtroom 420.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **May 29, 2018**

SO ORDERED:

*[signature]*

Hon. Paul E. Davison
United States Magistrate Judge

5/29/2018