LAW OFFICES

# DONALD WATNICK

200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY 10036

TELEPHONE (212) 213-6886
TELEFAX (646) 588-1932

DWATNICK@WATNICKLAW.COM

**VIA ECF**
Honorable Paul E. Davison
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

June 7, 2018

Re:  **Zandman v. Citibank, N.A., et al., No. 7:18-00791**

Dear Judge Davison:

We represent Defendant New York Yankees Partnership (the "Yankees") in the above-referenced case and write to request an adjournment – on consent – of the date of the initial court conference set for June 29, 2018.

We previously requested an adjournment of the date of a similar conference, which was set for May 23, 2018 before the Judge Nelson S. Román, who cancelled the conference, and directed the parties to complete a Case Management Plan and Scheduling Order, which the parties completed and the Court "so ordered." (See ECF Nos. 16 and 21.) As noted, counsel for Citibank, N.A. and Jerry Zandman, have informed me that they consent to this request; counsel for all parties can be available for the conference on July 6 or 11, 2018 (subject to the Court's schedule). No other scheduled dates will be impacted by this request for an adjournment.

If the foregoing request is acceptable, I request that the Court "so order" this letter and set a new date for the conference. Please contact the undersigned if there are any questions about the foregoing.

Respectfully submitted,

*/s/ Donald E. Watnick*

Donald E. Watnick

cc: Counsel of Record for All Parties (via electronic mail and ECF)
SO ORDERED:

_____
U.S.M.J.