AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jerry Zandman ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:18-cv-791 |
| Citibank, N.A., et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Citibank, N.A.

Date:  07/03/2018

/s/ Denise L. Plunkett
*Attorney's signature*

Denise L. Plunkett  4093332
*Printed name and bar number*

Ballard Spahr LLP
1675 Broadway
New York, NY 10019

*Address*

plunkettd@ballardspahr.com
*E-mail address*

(646) 346-8036
*Telephone number*

(646) 690-8788
*FAX number*