UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY ZANDMAN,<br><br>         Plaintiff,<br><br>   - against -<br><br>CITIBANK, N.A. AND CITI ® CARDS AND THE NEW YORK YANKEES PARTNERSHIP DBA THE NEW YORK YANKEES BASEBALL CLUB,<br><br>         Defendants. | Case No. 7:18-cv-00791 |

## DECLARATION OF ZACHARY GRENDI

Zachary Grendi, pursuant to the provisions of 28 U.S.C. § 1746, declares, under penalty of perjury, as follows:

1. I am an associate of Zeichner Ellman & Krause LLP ("ZEK").

2. On or about July 3, 2018, Citibank, N.A., decided to have Ballard Spahr, LLP represent it in the foregoing matter instead of ZEK.

3. Citibank, N.A., requested that all attorneys for ZEK withdraw their appearances in this case.

4. On or about July 3, 2018, Denise Plunkett of Ballard Spahr, LLP filed an appearance in this matter.

5. ZEK is not asserting a retaining or charging lien in connection with this matter.

6.  This case is currently in the discovery phase, but no discovery requests have been served by any party. No trial date has been set and no delay of the case will result from this withdrawal.

7.  ZEK's motion to withdraw as counsel and this declaration in support have been served upon Citibank, N.A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2018

BY: _____
Zachary Grendi
Zeichner Ellman & Krause LLP
35 Mason Street
Greenwich, CT 06830
(203) 622-0900
zgrendi@zeklaw.com