Barry J. Glickman, Esq.
Zachary Grendi, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue Of The Americas
New York, New York 10036
212-223-0400

*Attorneys for Defendant
   Citibank, N.A.*

The application is  X granted.
                      __ denied.

Nelson S. Román, U.S.D.J.
Dated: July 17, 2018
White Plains, New York 10601
Clerk of the Court requested to terminate the motion (doc. 28).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY ZANDMAN,

                    Plaintiff,

- against -

CITIBANK, N.A. AND CITI ® CARDS AND
THE NEW YORK YANKEES PARTNERSHIP
DBA THE NEW YORK YANKEES BASEBALL
CLUB,

                    Defendants.

Case No. 7:18-cv-00791-NSR

## MOTION TO WITHDRAW AS COUNSEL

Attorneys Barry J. Glickman and Zachary Grendi of Zeichner Ellman & Krause LLP ("ZEK") hereby move to withdraw as counsel for Defendant Citibank, N.A. s/h/a Citibank, N.A. and Citi ® Cards ("Citibank") in the above captioned case. Citibank has asked that ZEK's attorneys withdraw from this case and has selected Denise Plunkett of Ballard Spahr LLP, who has already filed an appearance in this matter, to represent Citibank going forward. ZEK is not asserting a retaining or charging lien in connection with this matter and this motion and its supporting documents have been served upon Citibank, N.A. This case is currently in the discovery phase, but no discovery requests have been served by any party. No trial date has been set and no delay of the case will result from this withdrawal. The declaration of Zachary Grendi, in support of this motion to withdraw as counsel, is annexed hereto.

BY: _____
Zachary Grendi
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, New York 10036
(203) 622-0900
zgrendi@zeklaw.com

BY: _____
Barry J. Glickman
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
bglickman@zeklaw.com

Dated:   July 12, 2018