UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JERRY ZANDMAN,

               Plaintiff,

          -against-

CITIBANK, N.A., CITI®CARDS and THE NEW
YORK YANKEES PARTNERSHIP dba THE
NEW YORK YANKEES BASEBALL CLUB,
               Defendants.
-----------------------------------------------------------X

18 CIVIL 791 (NSR)(PED)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated January 21, 2020, Defendants' motion to confirm the arbitration award is GRANTED. In accordance with the award, all claims asserted by Plaintiff against Citibank are deemed dismissed. All cross-claims assert by Defendant Citibank and Defendant Yankees as against each other are voluntarily dismissed; judgment is entered in favor of Defendant Citibank and against Plaintiff Zandman in the amount of $33,596.77, plus statutory interest of 9% from July 11, 2019 until entry of judgment in the amount of $1,615.41.

**Dated**: New York, New York
        January 22, 2020

                                       RUBY J. KRAJICK
                                       Clerk of Court
BY:
                                       Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/22/2020